AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>PROPERTY SEIZED FROM THE PERSON AND VEHICLE OF MARK ALAN DEAKINS, LOCATED AT THE OFFICES OF THE FBI, 633 CHESTNUT STREET, SUITE 540, CHATTANOOGA, TENNESSEE 37450 | )<br>)<br>)  Case No.  1:21-mj-112<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____Tennessee_____
*(identify the person or describe the property to be searched and give its location)*:

PROPERTY SEIZED FROM THE PERSON AND VEHICLE OF MARK ALAN DEAKINS, LOCATED AT THE OFFICES OF THE FBI, 633 CHESTNUT STREET, SUITE 540, CHATTANOOGA, TENNESSEE 37450

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, attached and incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before _____  *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Hon. Christopher H. Steger, U.S. Magistrate Judge___.
                                                                                                                                     *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  June 18, 2021 @ 9:45 a.m.    _____
                                                                                                                 *Judge's signature*

City and state:   Chattanooga, Tennessee         Hon. Christopher H. Steger, U.S. Magistrate Judge
                                                                                                    *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:21-mj-112 | Date and time warrant executed: 6/18/21 1PM | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of: SA Samuel K. Moore | | |
| Inventory of the property taken and name of any person(s) seized: All property seized attached. Review of SD cards & thumb drives revealed the presence of child pornography & other pornographic material. | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/18/21

_Executing officer's signature_

Samuel K. Moore, Special Agent
_Printed name and title_

FD-597 (Rev. 4-13-2015)　　　　　　　　　　　　　　　　　　　　　　Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 305A-KX-3057405

On (date): 6/7/2021

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Mark Alan Deakins

(Street Address) _____

(City) _____

**Description of Item(s):**

(1) Highpoint Firearms model #C9 9mm handgun. SN. P1736096 / Mag with 8 rounds
(2) 1 Lifestyels Condom
(3) Samsung Galaxy A01 model SM-S111DL, SN R9PR4080JKJ / IEMEI - 352082508070580
(4) White Samsung Galaxy A11 Phone box.
(5) Black Samsung S705G Phone box
(6) (2) key rings with 11 keys.
(7) (2) Black Onn 16 GB Thumbdrives
(8) (1) VISA Signature Name Mark Deakins 4147400308588985 05/26
(9) (1) Bank of America Card. Name: Mark A. Deakins 5524338311897250
(10) (1) Red Bank of America Name: Mark A. Deakins 4460669012137337
(11) (1) Black Merrick Bank Name: Mark A. Deakins 4493110011852616
(12) (1) Mark A Deakins Walmart Card #10840 / 5239148197239410
(13) (1) SanDisk 32GB MicroSDHC UHS-1
(14) (1) Black Optical Mouse
(15) (1) HP Computer serial # 5CB0482C77 Model # G7Z-B60US
(16) (1) Black Computer bag.

Received By: FBI/TFO (Signature)

Printed Name/Title: FBI/TFO Al Seitner

Received From: (Signature)

Printed Name/Title: Mark Deakins